USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -against-

KHUSHNOOD RAJA,
                                        Defendant.
----------------------------------------------------------------X

08 cr 604 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, August 29, 2008 at 10:30am** before the Honorable John G. Koeltl.

On July 2, 2008, The Court, on the record, prospectively excluded the time from July 2, 2008 until **August 29, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A), and now confirms that exclusion.

**SO ORDERED.**

                                                              _____
                                                              JOHN G. KOELTL
                                                              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 3, 2008