📎 **ORIGINAL**

*JUDGE KOELTL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :    **NOTICE OF INTENT**
                                       **TO FILE AN INFORMATION**
          - v. -                  :

KHUSHNOOD RAJA,                        08 CRIM 604

          Defendant.              :

- - - - - - - - - - - - - - - - - -X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: June 19, 2008
New York, NY

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Arlo Devlin-Brown
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Lawrence Carra
                              Attorney for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08