JUDGE KOELTL

**08 CRIM 604**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA             :
:       INFORMATION  PD
    -v-                              :
:       08 Cr.
KHUSHNOOD RAJA,                      :
:
            Defendant.               :
:
- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 2 2008

**COUNT ONE**

(CONSPIRACY)

The United States Attorney charges:

1.   From in or about 1999, up to and including at least in or about August 2005, in the Southern District of New York and elsewhere, KHUSHNOOD RAJA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 1324(a)(2)(B)(ii) of Title 8, United States Code.

2.   It was a part and an object of said conspiracy that, KHUSHNOOD RAJA, the defendant, and others known and unknown, knowing that certain individuals from Pakistan were aliens and knowing and in reckless disregard of the fact that those aliens had not received prior official authorization to come to, enter, and reside in the United States, unlawfully, willfully, and knowingly would and did bring to and attempt to bring to the United States those aliens, for the purpose of

commercial advantage and private financial gain, in violation of Section 1324(a)(2)(B)(ii) of Title 8, United States Code.

<u>OVERT ACT</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about November 28, 2004, a co-conspirator not named as a defendant herein, transported a Pakistani citizen who had been smuggled into the United States from Washington, D.C., to the vicinity of Newbold Avenue, in the Bronx, New York.

b. On or about June 8, 2005, KHUSNOOD RAJA, the defendant, smuggled two aliens using altered Pakistani passports from Pakistan to JFK Airport in Queens, New York.

(Title 18, United States Code, Section 371).

*Michael J Garcia*
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

**KHUSHNOOD RAJA,**

Defendant.

---

**INFORMATION**

08Cr. ___

18 U.S.C. § 371

<u>MICHAEL J. GARCIA</u>
United States Attorney.

---

7/2/2008 Filed Waiver of Indictment and Information. Deft Pleads Not Guilty to Information. Deft Pres w/Atty Lawrence Carra, AUSA Arlo Devlin-Brown, Reporter Martha Reevis. Pretrial Conference Adjourned to 8/29/2008 at 10:30am. Time Excluded from 7/2/2008 to 8/29/2008. Bail Cont'd.

— Judge Koeltl